UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BROADCAST MUSIC, INC.; HOUSE
OF CASH, INC.; RICK SPRINGFIELD
MUSIC; WELSH WITCH MUSIC;
PRIMARY WAVE MUSIC IP FUND 2
GP, LLC AND PWMP VENTURES
LLC, A LIMITED PARTNERSHIP
d/b/a PRIMARY WAVE BOPS;
IRVING MUSIC; PAINTED DESERT
MUSIC COPORATION; SONY/ATV
SONGS, LLC. d/b/a SONY/ATV
ACUFF ROSE MUSIC,

       Plaintiffs,

  v.

BUMPERS LANDING BOAT CLUB,
LLC. d/b/a BUMPERS LANDING
BOAT CLUB; and PAUL SHAMO,
each individually

       Defendants.

CIVIL ACTION NO.: 22-cv-12403

Hon. F. Kay Behm

---

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    IT IS STIPULATED AND AGREED, by and between Plaintiff Broadcast Music, Inc. ("BMI") on behalf of all Plaintiffs, and Defendants, Bumpers Landing Boat Club, LLC. d/b/a Bumpers Landing Boat Club and Paul Shamo, individually

and on behalf of all Defendants, that pursuant to the parties' Settlement Agreement and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the case is hereby dismissed with prejudice, each party to bear its own costs.

APPROVED AS TO FORM:

| HOWARD & HOWARD ATTORNEYS PLLC | PLUNKETT COONEY |
|---|---|
| By:  /s/Patrick M. McCarthy <br>      Patrick M. McCarthy (P49100) <br> 450 W. Fourth Street <br> Royal Oak, MI 48067 <br> (248) 723-0332 <br> pmccarthy@howardandhoward.com <br> *Attorney for Plaintiffs* | By: /s/Michael D. Weaver (w/permission) <br>     Michael D. Weaver (P43985) <br> 38505 Woodward Avenue <br> Suite 100 <br> Bloomfield Hills, MI 48034 <br> (248) 433-7381 <br> mweaver@plunkettcooney.com <br> *Attorney for Defendants* |
| Dated:  July 19, 2023 | Dated:  July 19, 2023 |

**IT IS SO ORDERED**

Dated: July 20, 2023

s/F. Kay Behm
Hon. F. Kay Behm
United States District Judge